

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2018

No. 04-17-00280-CR

**EX PARTE** Miguel **MARTINEZ**

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR4203
Honorable W.C. Kirkendall, Judge Presiding

**ORDER ON APPELLANT'S MOTION FOR EN BANC RECONSIDERATION**

Sitting:      Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice[1]
            Patricia O. Alvarez, Justice[1]
            Luz Elena D. Chapa, Justice[2]
            Irene Rios, Justice

Appellant's motion for en banc reconsideration is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2018.

_____
Keith E. Hottle
Clerk of Court

---

[1] Justice Martinez and Justice Alvarez would request a response.
[2] Justice Chapa is not participating.